IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                   No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, WARDEN, et al.,

    Respondents.              <u>ORDER</u>

          On August 3, 2005, this cause came on regularly for status conference. Deputy Attorney General Justain Riley appeared for respondent. No appearance was made on behalf of petitioner. Good cause appearing, IT IS HEREBY ORDERED that:

          1. Within five days of this order, petitioner's counsel inform the court in writing how he would like this matter to proceed after closure of the discovery period on August 5, 2005. Petitioner's counsel's failure to comply with this order will result in monetary sanctions.

          2. Within five days of receipt of petitioner's filing ordered above, respondent's counsel may file his response, after which the matter of future scheduling will stand submitted.

DATED: August 4, 2005.

UNITED STATES MAGISTRATE JUDGE

1 butler1405.oah(4)