IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                                   No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, WARDEN, et al.,

    Respondents.                           ORDER

/

        This matter is hereby set for hearing on August 31, 2005 at 11 a.m. concerning the representations made by petitioner's counsel in his August 9, 2005 status report concerning why discovery has not yet been completed. The hearing will be held *ex parte*. Counsel for respondent shall inform the court within five days whether respondent has any objection to the hearing being held *ex parte*.

DATED: August 17, 2005.

                                                   UNITED STATES MAGISTRATE JUDGE

1
butler1405.exp