IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,           No. CIV S-99-1405 LKK KJM P

  vs.

G.A. MUELLER, WARDEN, et al.,

    Respondents.        <u>ORDER</u>

_____/

        On August 31, 2005, this cause came on for ex parte hearing pursuant to the court's order of August 18, 2005. Louis Demas appeared for petitioner. Based on the conversation occurring at the hearing, the court's file and good cause appearing, THE COURT MADE THE FOLLOWING ORDERS and announced them in open court:

        1. Petitioner is granted an additional sixty days within which to complete discovery;

        2. Every two weeks within the next sixty days, beginning on September 16, 2005, counsel for petitioner shall file status reports informing the court of his progress with discovery; and

/////

/////

/////

1    3.  This matter is set for status conference on November 16, 2005 at 10:00 a.m.
2 before the undersigned.  At the status conference, petitioner's counsel shall be prepared to advise
3 the court as to his proposed course of action from the date of the status conference forward.
4 DATED: September 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
butler1405.oah(5)