IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,               No. CIV S-99-1405 LKK KJM P

    vs.

G. A. MUELLER, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On September 6, 2005, petitioner filed a document asking to appear before the court to discuss his counsel's representation. Petitioner at that time contemplated seeking new counsel. On September 16, 2005, counsel filed a status report indicating counsel met with petitioner. Counsel attached to the status report an affidavit from petitioner indicating petitioner wishes that he continue to be represented by his present counsel. In light of the foregoing, IT IS HEREBY ORDERED that petitioner's September 6, 2005 request to appear before the court is denied as moot.

DATED: September 21, 2005.

                                                                           UNITED STATES MAGISTRATE JUDGE

1 butl1405.sc