IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,               No. CIV S-99-1405 LKK KJM P

   vs.

G. A. MUELLER, et al.,

    Respondents.          ORDER

_____/

        Based on petitioner's September 6, 2005 request, IT IS HEREBY ORDERED that:

        1. The United States Marshal's Office is directed to serve subpoenas on, and to tender to the subpoenaed parties one days' witness fees and one way travel costs for, the following individuals:

            a. Jan Scully, Sacramento County District Attorney;

            b. Former and/or present Sacramento City Police Officers, Sergeant Swars (Badge 64), Sergeant Meadors (Badge 3068), W. Henning (Badge 670), P.J. Conradi (Badge 394), Detective Martin Ulac Mamuyac, Jr. (Badge 280), and Detective L. Murphy (Badge 316); and

      c. Former and/or present Sacramento City Fire Officers, Erik Huolboll (#404) and Steve Graham (#169).

2. The deposition expenses and costs for the taking of depositions of the above named individuals shall be paid as requested.

DATED: September 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1  
butl1405.sup