IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                    No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, WARDEN, et al.,

    Respondents.                ORDER

_____/

    On November 16, 2005, this cause came on regularly for status conference. Louis Demas appeared for petitioner, Deputy Attorney General Justain Riley appeared for respondents. Based on the discussion occurring at the status conference, the court's file, and good cause appearing, THE COURT ORDERED AT THE STATUS CONFERENCE that petitioner is granted up to sixty days within which to file a motion to expand the record.

DATED: November 17, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

1
butler1405.oah(5)