IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,      No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, WARDEN, et al.,

    Respondents.      <u>ORDER</u>

_____/

    On February 22, 2006, this cause came on for petitioner's January 17, 2006 motion to expand the record. Louis Demas appeared for petitioner, Deputy Attorney General Justain Riley appeared for respondents. Based on the discussion occurring at the status conference, the court's file, and good cause appearing, THE COURT ORDERED AT THE STATUS CONFERENCE:

    1. Petitioner's January 17, 2006 motion to expand the record is granted; and

    2. Petitioner is granted until April 24, 2006 to file any further motions to expand the record.

DATED: April 3, 2006.

                                                                               UNITED STATES MAGISTRATE JUDGE

1 butler1405.oah(6)