IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                   No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, WARDEN, et al.,

    Respondents.              <u>ORDER</u>

                                    /

        Petitioner is a state prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner and respondent have filed a joint motion asking that the record be expanded with a transcript of the deposition of petitioner's trial counsel. This request will be granted. The parties also ask that the court grant petitioner thirty days to "file a motion on the merits of his petition." Based on this request, in light of the record, and for the sake of clarity, the court will grant petitioner thirty days within which to file an amended petition for writ of habeas corpus.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The parties' April 5, 2006 joint request to expand the record is granted;

        2. The record is expanded to include the deposition transcript of James Sherriff; and

3. Petitioner is granted thirty days from the date of this order to file an amended application for writ of habeas corpus. Respondent shall file an amended answer within thirty days of service of the amended habeas application. Petitioner may file an amended traverse within thirty days of service of respondent's amended answer.

DATED: April 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
butler1405.exp