IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                    No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, WARDEN, et al.,

    Respondent.                ORDER

_____/

        Petitioner is proceeding with counsel with an application for writ of habeas corpus under 28 U.S.C. § 2254. On January 18, 2006, petitioner filed a request for an extension of time to file a motion to expand the record. Petitioner's request will be denied as a motion to expand the record was timely-filed on petitioner's behalf by petitioner's counsel on January 17, 2006, and petitioner may not file motions before the court because he is represented by counsel.

        Accordingly, IT IS HEREBY ORDERED that petitioner's January 18, 2006 request for an extension of time to file a motion to expand the record is denied.

DATED: April 20, 2006.

                                       UNITED STATES MAGISTRATE JUDGE

/mp butl1405.111sec