IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                    No. CIV-S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, Warden, et al.,

    Respondents.              ORDER

_____/

        Petitioner has requested that the hearing scheduled in this matter for respondents' motion to dismiss be continued, and has indicated that respondents' counsel does not oppose the request. Good cause appearing, IT IS HEREBY ORDERED that hearing on respondents' July 6, 2006 motion to dismiss is continued from August 16 to August 23, 2006 at 10:00 a.m. in Courtroom #26.

DATED: August 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
butl1405.111