IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                   No. CIV S-99-1405 LKK KJM P

  vs.

G. A. MUELLER, Warden, et al.,

    Respondents.              ORDER

                               /

        Petitioner has filed a request for an extension of time to file an opposition to respondents' amended motion to dismiss. Good cause appearing, petitioner's request will be granted. The court notes that petitioner filed a pro se amended opposition on August 30, 2006 despite that fact that petitioner is represented by counsel. That will be stricken. See Docket Entry #164.

        Also, the court notes that petitioner has submitted three letters to the court in which petitioner complains about the performance of his counsel. The court will order that the Clerk of the Court remove the letters from the court's file and forward them to petitioner's counsel. Petitioner is informed that he shall not correspond directly with the court unless he seeks removal of his appointed counsel.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to file an amended opposition to respondents' motion to dismiss (docket no. 166) is granted;

2. Petitioner is granted fourteen days from this order within which to file an amended opposition to respondents' amended motion to dismiss;

3. Respondents are granted fourteen days from the filing of petitioner's amended opposition to file an amended reply;

4. The document filed by petitioner on August 30, 2006 titled "Amendment To Traverse" (docket no. 164) is stricken; and

5. The letters submitted by petitioner to the court on August 30, 2006 (docket no. 163), August 31, 2006 (docket no. 165), and September 22, 2006 (docket no. 167) shall be removed from the court's file and forwarded to counsel for petitioner.

DATED: January 29, 2007.

_____
U.S. MAGISTRATE JUDGE

1
butl1405.eot