IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

        Petitioner,                No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, Warden, et al.,

        Respondents.        ORDER

_____/

        Petitioner has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 15, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed March 15, 2007, are adopted in full;

3    2. Respondents' July 6, 2006 motion for reconsideration is granted;

4    3. Respondents' July 6, 2006 amended motion to dismiss is granted; and

5    4. This action is dismissed.

DATED: May 11, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2