IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD B. BUTLER,

    Petitioner,                    No. CIV S-99-1405 LKK KJM P

    vs.

G.A. MUELLER, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner has timely filed a notice of appeal of this court's May 11, 2007 dismissal of his application for a writ of habeas corpus for violation of the applicable statute of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it

/////

1

debatable whether the district court was correct in its procedural ruling. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484-85 (2000).

For the reasons set forth in the magistrate judge's March 15, 2007 findings and recommendations, and this court's May 11, 2007 order, jurists of reason would not find it debatable whether petitioner's application was properly dismissed. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: June 20, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2